**SULAIMAN LAW GROUP, LTD.**
Joseph S. Davidson (admitted *pro hac vice*)
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
Telephone: 630-575-8181
Facsimile: 630-581-8188
E-Mail: jdavidson@sulaimanlaw.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN KING JR., | Case No. 5:19-cv-00535-CJC-SP |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | |
| Defendant. | |

PLEASE TAKE NOTICE that MELVIN KING JR. ("Plaintiff") and PORTFOLIO RECOVERY ASSOCIATES, LLC (the "Defendant"), hereby notify the Court the Parties have reached settlement, and are in process of completing the settlement agreement and filing dismissal papers. The Parties anticipate filing dismissal papers within 45 days. settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate on filing a stipulation of dismissal with prejudice within 45 days.

DATED: May 9, 2019                                  Respectfully submitted,

                                                    MELVIN KING JR.

                                                    By: */s/ Joseph S. Davidson*

                                                    Joseph S. Davidson
                                                    SULAIMAN LAW GROUP, LTD.

|   |                                     |
|---|-------------------------------------|
| 1 | 2500 South Highland Avenue          |
| 2 | Suite 200                           |
|   | Lombard, Illinois 60148             |
| 3 | +1 630-575-8181                     |
|   | jdavidson@sulaimanlaw.com           |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2019, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Central District of California by using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Joseph S. Davidson*