UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

## CIVIL MINUTES – GENERAL

| Case No. | EDCV 19-00535-CJC (SPx) | Date | May 10, 2019 |
|---|---|---|---|
| Title | Melvin King Jr. v. Portfolio Recovery Associates, LLC | | |

PRESENT:

### HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Susan Tovar | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                        None Present

**PROCEEDINGS:        (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF SETTLEMENT**

---

The Court, having been advised by the Plaintiff that this action has been settled by a Notice of Settlement [11] filed on May 9, 2019, here by orders this action dismissed without prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar. The stay that was in place is hereby **LIFTED.**

The Court retains jurisdiction for forty-five (45) days to vacate this order and to reopen the action upon showing of good cause that the settlement has not been completed. This order shall not prejudice any party in this action.

-        :        -

Initials of Deputy Clerk        st

cc: